THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| EDWIN SCHWINN III, | Case No. 7:12-cv-5 |
| Plaintiff, | |
| v. | **ORDER GRANTING MOTION FOR STAY OF DISCOVERY** |
| SHAPIRO & INGLE, L.L.P., | |
| Defendants. | |

THIS CAUSE came on to be heard by the Court on the motion of Shapiro & Ingle, LLP ("S&I") for an order staying the order for discovery plan (D.E. #9, or the "Discovery Order");

**WHEREFORE**, for good cause shown, **IT IS HEREBY ORDERED** that the effect of the Discovery Order is stayed pending a ruling on S&I's motion to dismiss (D.E. #6).

SO ORDERED this the 5th day of April, 2012.

_____
LOUISE W. FLANAGAN
United States District Judge

10-005393